**JS-6**

1  NICOLA T. HANNA
   United States Attorney
2  DAVID M. HARRIS
3  Assistant United States Attorney
   Chief, Civil Division
4  CEDINA M. KIM
5  Assistant United States Attorney
6  Senior Trial Attorney, Civil Division
   AMANDA SCHAPEL, CSBN 271295
7  Special Assistant United States Attorney
8       Social Security Administration
        160 Spear St., Suite 800
9       San Francisco, CA  94105
10      Telephone: (415) 977-8983
        Facsimile: (415) 744-0134
11      Email: Amanda.Schapel@ssa.gov
12 Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| REGINA UPTON-TAPIA, | No. 2:20-cv-03201-ADS |
| Plaintiff, | **JUDGMENT OF REMAND** |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

1  The Court having approved the parties' Stipulation to Voluntary Remand
2  Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment
3  ("Stipulation to Remand") lodged concurrent with the lodging of the within
4  Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND**
5  **DECREED** that the above-captioned action is remanded to the Commissioner of
6  Social Security for further proceedings consistent with the Stipulation to Remand.

7
8  DATED:   9/25/20              /s/ Autumn D. Spaeth
                                 HON. AUTUMN D. SPAETH
9                                UNITED STATES MAGISTRATE JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28